NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLIFFORD L. LEE, II,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7165

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1119, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Clifford L. Lee, II, moves for a 30-day extension of time, until September 19, 2011, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 2 2011__
Date

_/s/ Jan Horbaly___
Jan Horbaly
Clerk

cc: Clifford L. Lee, II
Steven M. Mager, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2011

JAN HORBALY
CLERK